## Giuseppe Elia, Defendant in Error, v. Societa Mutuo Soccorso di Piane Crati, Plaintiff in Error.

### Gen. No. 22,599.

1. APPEAL AND ERROR, § 866*—*what are requisites of abstract.* An abstract is the pleading of the parties and must inform the court of review as to the character of the case and the issue involved.

2. APPEAL·AND ERROR, § 1752*—*when judgment will be affirmed.* In the absence of an abstract informing the court as to the character of the case and the issue involved, the judgment will be affirmed.

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in this·court at the October term, 1916. Affirmed. Opinion filed January 22, 1917.

ROCCO DE STEFANO, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

We must affirm the judgment in this case for the reason that the plaintiff in error has furnished this court with no proper abstract of record. What purports to be an abstract commences as follows:

"1.   Placita.

       Present: Honorable Sheridan Fry, judge of the Municipal Court of Chicago.

"2.   Premise.

"3.   Plaintiff's statement of claim.

"5.   Summons.

"6.   Appearance of defendant.

"7.   Order.

"8.   Order.

"9.   Affidavit of merits.

"10.  Judgment for thirty-five ($35) dollars."

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

As has been said many times, the abstract is the pleading of the parties and must inform the court of review as to what the case is about. The abstract before us utterly fails in this respect. See classic opinion by Judge Gary in *Bishop v. Loewus*, 63 Ill. App. 351. See also, *Deane v. Michigan Stove Co.*, 69 Ill. App. 106.

In the absence of an abstract informing the court as to the character of the case and the issue involved, the judgment will be affirmed.

*Affirmed.*